TREADWELL v. CLARK. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by George A. Treadwell against William A. Clark. No opinion. Motion denied, with $10 costs. Order filed.

In re TRUSTEES OF VILLAGE OF WHITE PLAINS. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) In the matter of the application of the trustees of the village of White Plains to condemn land for sewerage purposes. No opinion. Order resettled, motion granted, and Messrs. Jerome A. Peck, Norman J. Marsh, and Arthur J. Burns appointed commissioners.

In re TRUSTEESHIP OF LAW LIBRARY OF EIGHTH JUDICIAL DIST. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) In the matter of the trusteeship of the law library of the Eighth judicial district. No opinion. Joseph G. Dudley appointed trustee to fill the vacancy caused by the resignation of Henry Adsit Bull.

TURNER, Appellant, v. BURGE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Elva A. Turner against M. W. Burge and another. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

TYLER et al., Respondents, v. EVEREST, Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by Frederick A. Tyler and another against Mortimer C. Everest. No opinion. Order affirmed, with $10 costs and disbursements.

SCHLESSER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Louis Schlesser against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCHMIDT, Respondent, v. COLLISON, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Hugo Schmidt against Charles C. Collison. No opinion. Judgment of the Municipal Court reversed, on the ground that it is against the weight of evidence, and new trial ordered; costs to abide the event.

SCHMITT, Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Valentin Schmitt against the Edison Electric Illuminating Company of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements.

SCHUBERT, Respondent, v. C. S. BUELL CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Richard Schubert, an infant, by August Schubert, his guardian ad litem, against the C. S. Buell Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHULTZ, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Mary E. Schultz against the city of New York and another. No opinion. Judgment and order unanimously affirmed, with costs.

SEARLES, Respondent, v. CRAIG et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Mary Searles against William H. Craig and another. No opinion. Judgment and order affirmed, with costs.

SEBRING et al., Respondents, v. BERNE–ALLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by James O. Sebring, and another against Harriet A. Berne-Allen. No opinion. Order affirmed, with $10 costs and disbursements.

SIVIN, Respondent, v. SEAMAN, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Miriam Sivin against Charles O. Seaman. No opinion. Judgment of the Municipal Court affirmed, with costs.

SKINNER, Respondent, v. ALLISON, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Edwin M. Skinner against Giles S. Allison. No opinion. Motion granted.

SLOVER, Respondent, v. DREYFUS, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Moses Slover against Solomon Dreyfus. No opinion. Judgment of the County Court of Putnam county affirmed, with costs.

SMITH, Appellant, v. METZGER, Respondent. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Ella J. Smith against Felix Metzger. No opinion. Motion denied.

STAIGER, Appellant, v. KLITZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Christopher Staiger against Robert H. Klitz and another. No opinion. Order affirmed, with $10 costs and disbursements.

STEVANS, Appellant, v. AMERICAN BRAKE SHOE & FOUNDRY CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Mary Stevans, as administratrix, etc., of Jacob Stevans, deceased, against the American Brake Shoe & Foundry Company. No opinion. Order unanimously affirmed, with costs.

STUDEBAKER BROS. CO. OF NEW YORK, Appellant, v. CALDERWOOD, Re-